*Henry L. Jost* for petitioner. *Mr. Thomas F. Doran* for respondent.

Nos. 444 and 445. BANNING *v.* HARTMAN FURNITURE & CARPET Co.; and

Nos. 446 and 447. HARTMAN FURNITURE & CARPET Co. *v.* BANNING. November 14, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. Nevarre Cromwell* for Banning. *Messrs. Clifton V. Edwards* and *George E. Mueller* for Hartman Furniture & Carpet Co.

No. 450. MacDONALD ET AL. *v.* H. W. PETERS Co., INC. November 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Melville Church* and *Clarence B. Des Jardins* for petitioners. *Mr. Joseph B. Jacobs* for respondent.

No. 451. GREEN ET AL. *v.* SAUERMAN ET AL. November 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John M. Zane* for petitioners. *Messrs. George A. Chritton* and *Russell Wiles* for respondents.

No. 454. KAWACZ *v.* DELAWARE, LACKAWANNA & WESTERN R. Co. November 14, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. George E. Phillies* for petitioner. *Mr. Louis L. Babcock* for respondent.